JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC MINIMED, INC., <br><br>  Plaintiff, <br><br> v. <br><br> NOVA BIOMEDICAL CORPORATION, et al., <br><br>  Defendants. | NO. CV 08-00788 SJO (PJWx) <br><br> **ORDER ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANT NOVA BIOMEDICAL CORPORATION** <br> [Docket No. 679] |

Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters a Final Judgment in favor of Defendant Nova Biomedical Corporation ("Nova") as to all claims brought by Plaintiff Medtronic MiniMed, Inc. ("Medtronic MiniMed") and addressed and decided by the jury at trial. Accordingly, the Court ORDERS, ADJUDGES AND DECREES as follows:

1. <u>Medtronic MiniMed's First Cause of Action for Misappropriation of Trade Secrets</u>

    The jury found that Medtronic MiniMed had not proved by a preponderance of the evidence its claim for misappropriation of trade secrets against Nova.

    2. <u>Medtronic MiniMed's Third Cause of Action for Conversion</u>

        The jury found that Medtronic MiniMed had not proved by a preponderance of the evidence its conversion claim against Nova.

    3. <u>Medtronic MiniMed's Fifth Cause of Action for Breach of Contract</u>

        The jury found that Medtronic MiniMed had not proved by a preponderance of the evidence its breach of contract claim against Nova.

    4. <u>Medtronic MiniMed's Sixth Cause of Action for Intentional Interference with Prospective Economic Advantage</u>

        The jury found that Medtronic MiniMed had not proved by a preponderance of the evidence its claim for intentional interference with prospective economic advantage.

    5. <u>Medtronic MiniMed's Claim for Damages</u>

        Since the jury found that Medtronic MiniMed had not proved any of its claims by the appropriate standard, damages are neither assessed nor awarded.

    6. <u>Entry of Final Judgment is Appropriate</u>

        As there are no further proceedings available against Nova with respect to the claims adjudicated at trial, nor do any claims or counterclaims set forth in the pleadings remain between Medtronic MiniMed and Nova, this judgment possess the requisite degree of finality. Therefore, the Court finds that there is no just reason for delay in entering final judgment on Medtronic MiniMed's claims against Nova.

Accordingly, it is hereby ordered that judggment is entered in favor of Nova Biomedical Corporation, a Massachusetts corporation and against Medtronic MiniMed, Inc., a Delaware corporation and MiniMed Distribution, a Delaware corporation.

IT IS SO ORDERED.

Dated: October 13, 2009.

*S. James Otero*

_____
      S. JAMES OTERO
UNITED STATES DISTRICT JUDGE